IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY CHAMPION                                                                              PLAINTIFF

V.                                        NO. 5:15CV00168 JM/PSH

ESTELLA BLAND *et al*                                                                    DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

DATED this 21st day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE