**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JERRY CHAMPION											PLAINTIFF
ADC #91354

V.					NO: 5:15CV00168 JM/PSH

ESTELLA BLAND *et al*										DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Jerry Champion's motion for summary judgment (Doc. No. 43) is DENIED.

DATED this 26th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE