# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JERRY CHAMPION                                                                                   PLAINTIFF
ADC #91354

V.                                    NO: 5:15CV00168 JM/PSH

ESTELLA BLAND, *et al.*                                                                         DEFENDANTS

## FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Jerry Champion filed a *pro se* complaint on May 26, 2015, while incarcerated at the Delta Regional Unit of the Arkansas Department of Correction ("ADC"). On January 17, 2017, Defendants Estella Bland, Dana Peyton, Jean Davis and LaSonya Griswold ("Defendants") filed a Suggestion of Death notifying the Court and the parties in the case that Champion died on or about December 18, 2016. *See* Doc. No. 57.

Federal Rule of Civil Procedure ("FRCP") 25(a)(1) provides that following the death of a party, an action must be dismissed if a motion to substitute the party is not filed within 90 days after service of a statement noting the death. A statement noting the death of a party must be

served on parties as provided in FRCP 5 and on nonparties as provided in FRCP 4. Fed. R. Civ. P. 25(a)(3).

In this case, the Defendants filed a Suggestion of Death with the Clerk of Court and served it upon the parties in the case in accordance with FRCP 5. The Court is aware of no nonparties entitled to service. The service provided by Defendants is sufficient for the Court to dismiss the case in the absence of a timely motion for substitution pursuant to FRCP 25(a)(1). *See e.g.*, *Chobot v. Flowers*, 169 F.R.D. 263, 266 (1996); *Yonofsky v. Wernick*, 362 F. Supp. 1005, 1012 (S.D.N.Y. 1973). Accordingly, since more than 90 days have passed since the Suggestion of Death was filed and served, and no motion to substitute a party for Champion has been filed, it is recommended that this case be dismissed without prejudice.

DATED this 9th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE