## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JERRY CHAMPION**                                                              **PLAINTIFF**
**ADC #91354**

**V.**                                **NO: 5:15CV00168 JM/PSH**

**ESTELLA BLAND,** *et al.*                                       **DEFENDANTS**

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 26th day of May, 2017.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE